UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO SOLIS et al.,

                Plaintiffs,

– against –

53RD STREET PARTNERS LLC doing business as REMI RESTAURANT, ROBERTO DELLEDONNE, and STEFANO FRITTELLA,

                Defendants.

**ORDER**

19 Civ. 11708 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        Pursuant to the Standing Order <u>In Re: Coronavirus/COVID-19 Pandemic</u>, No. 20 Misc. 196 (S.D.N.Y. Apr. 20, 2020), the hearing scheduled for May 28, 2020 is adjourned to **July 9, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Plaintiffs will serve a copy of this Order on the Defendants by overnight mail on or before on **May 22, 2020**.

Dated:  New York, New York
          May 20, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge