# CARY KANE

A LIMITED LIABILITY PARTNERSHIP FOR THE PRACTICE OF LAW

CHRISTOPHER S. BALUZY
CBALUZY@CARYKANELAW.COM

WRITER'S DIRECT TEL/FAX
(212) 871-0535(T)
(646)599-9575(F)

**MEMO ENDORSED**
The hearing is adjourned to August 6,
2020 at 11:00 a.m.  Plaintiff is directed
to serve a copy of this order on
Defendants by mail by June 2, 2020.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

May 29, 2020

May 28, 2020

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

 Re:   **Solis et el. v. 53rd Street Partners, LLC et al.**
          **Civil Action No. 19-cv-11708 (PGG) (SLC)**

Dear Judge Gardephe:

This firm represents Pablo Solis and other former employees of Remi Restaurant in the above matter. I write according to Section I(E) of Your Honor's Individual Rules to adjourn the conference currently scheduled for July 9, 2020 (ECF No. 75).

The basis for the request is that I will be out-of-town that day on a previously scheduled vacation. I am available for the conference on either July 16, July 23, or August 6 given the Court's preference for Thursdays.

No appearance has been made in this case by any counsel for Defendants or by Mr. Delledonne himself *pro se*.

We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

Christopher S. Baluzy

cc:    Mr. Roberto Delledonne (via first class mail)
          53rd Street Partners, LLC d/b/a Remi Restaurant (via first class mail)