**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PABLO SOLIS and ANDRES TAVERAS,
individually and on behalf of all others
similarly situated,

                        Plaintiffs,                        19 **CIVIL** 11708 (PGG)(SLC)

        -against-                                       **JUDGMENT**

53RD STREET PARTNERS LLC, doing
Business as REMI RESTAURANT, and
ROBERTO DELLEDONNE,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 21, 2022, the R&R is adopted in its entirety, and Plaintiffs are awarded damages as follows: Ruhul Amin Tipu, in the amount of $23,817.71; Walter Calle, in the amount of $39,699.89; Carlos Colmena, in the amount of $17,067.50; Erick Cortes Zamora, in the amount of $8,014.21; Ricard Cortes Zamora, in the amount of $13,462.75; Yullios Donge Meneses, in the amount of $39,140.71; Abraham Fonseca, in the amount of $26,828.66; Claudi Lodi Freddi, in the amount of $32,726.69; Oscar Fernando Gomez Alzate, in the amount of $17,784.32; Bairma Gyndunova, in the amount of $14,534.62; Mariana Iturbide Orozco, in the amount of $45,324.30; Filip Kozminski, in the amount of $8,727.30; Rachel Lovaglio Canal, in the amount of $60,302.01; Heriberto Martinez, in the amount of $19,430.37; Amelia Mejia Escobar, in the amount of $24,344.41; Manuel Molina, in the amount of $33,037.12; Xavier Ortiz, in the amount of $27,849.04; Carlos Perez, in the amount of $43,031.36; Luis Perez, in the amount of $40,018.86; Esdras Obed Quesada, in the amount of $28,865.93; Armando Ramirez, in the amount of $14,471.17; Cesar Ruiz, in the amount of

$21,233.59; Gabriel Ruiz, in the amount of $4,454.47; Andres Taveras, in the amount of $42,325.73; Dilio Urgiles, in the amount of $92,145.60; Marcelo Vargas, in the amount of $17,009.93; Julio Vega, in the amount of $31,438.67; Nubia Liliana Velandia, in the amount of $24,487.63; and Oscar Velandia, in the amount of $59,820.54.  Plaintiffs are awarded $60,331.25 in attorneys' fees and $1,102.14 in costs. The claims of Plaintiffs Karen Marin, Snizhana Romaniuk, Ameridon Ymeri, Gabriel Cabrera Platero, Paulino Carpintero, Nestor Cepedes, Jayanta Kumer Dey, Edwin Mauricio Fajardo Plasencia, Jose Figueroa, Julian Galindo, Adrian Gil, Ricardo Herrera, Wandy Richiez, Osvaldo Serrato, and Pablo Solis are dismissed without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York
         October 24, 2022

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**